UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                                  Chapter: 13
                                                         Case No.: 10-21798
                                                         Judge: Oppermann

**Gordon Harmon ,**

Debtor(s)
_____/


## ORDER FOR ADEQUATE PROTECTION PAYMENTS AND FUTURE DEFAULT AS TO CREDITOR, CHRISTIAN FINANCIAL CREDIT UNION

      This matter has come before this Court upon the agreement of the parties, the Debtor and Creditor hereby offer the provisions of this Stipulation in order as follows:

           IT IS FURTHER ORDERED that the Christian Financial Credit Union shall receive retroactive adequate protection payment for June 2010 in the amount of $124.45 with the July 1, 2010 disbursement which shall be in addition to the regular and continuing adequate protection payments due to Creditor.

      IT IS FURTHER ORDERED that the Debtor's payments shall be 100% hearing to hearing or Christian Financial Credit Union shall receive lift of the automatic stay without further hearing and upon affidavit of the Creditor.

.

**Signed on June 28, 2010**

                                                                         **_/s/ Daniel S. Opperman_**

                                                                        **Daniel S. Opperman**

                                                                        **United States Bankruptcy Judge**